IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JOHNNY GOULART                                    3:11-CV-00808-MA

       Plaintiff,                          ORDER FOR EAJA FEES

       v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

MARSH, Judge.

    Based on the stipulation of the parties, it is hereby
ORDERED that attorneys fees in the amount of $1,460.00 shall be
awarded to Plaintiff pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412. In addition, Plaintiff will be awarded $2.70 in
copying costs pursuant to 28 U.S.C. §§ 1920 and $28.81 in
postage expenses pursuant to 28 U.S.C. § 2412.  The parties
agree that attorney fees will be paid to Plaintiff's attorney,

1 - ORDER FOR EAJA FEES

dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program.  See Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this ____5____ day of June, 2012.

_Malcolm F. Marsh_
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES